Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| JOSE GONZALEZ | ) Chapter 13 <br> ) <br> ) Case No.: 8:09-bk-23657-TA <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** <br> ) <br> ) <br> ) <br> ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301139** in the sum of **$ 822.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    JOSE GONZALEZ
    1611 EAST 6TH STREET
    SANTA ANA, CA 92805

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0923657 | JOSE GONZALEZ<br>ACCT:    Claim: 00000 | XXX-XX-2450 | 822.00 | 0.00 | 822.00 |
|  |  | TOTALS | 822.00 | 0.00 | 822.00 |

JOSE GONZALEZ

BALANCE:            [0.00  1/00000]
SSN: XXX-XX-2450    SSN:
ACCT:                CASE: 0923657
PRINCIPAL:    822.00    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301139

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$822.00

PAY   Eight Hundred Twenty Two And 00 / 100 Dollars

TO THE    U.S. BANKRUTCY COURT (FISCAL DEPT.)
ORDER OF  255 E. TEMPLE STREET
          LOS ANGELES, CA  90012

⑈0301139⑈  ⑆061100790⑆ 000000575186 2⑈